## No. 17,443.

CAPITOL FIXTURE & SUPPLY COMPANY *v*. ABE NIEMAN.
(280 P. [2d] 1119)

Decided March 7, 1955.

Mr. LOUIS E. GELT, Mr. SIDNEY H. GROSSMAN, for plaintiff in error.

Mr. LEO SANDERS MOSES, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.